UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA'VHON YOUNG,

    Plaintiff,

v.                                            Case No. 4:21-cv-51-WS/MJF

WALT MCNEIL,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This case is before the court on referral from the clerk of the court.[1] On January 25, 2021, Plaintiff attempted to initiate this civil action with a request for preliminary injunction. (Doc. 1). On February 23, 2021, the undersigned ordered Plaintiff to explain and show cause why this action should not be dismissed for lack of subject matter jurisdiction. (Doc. 3). Plaintiff was warned that failure to comply with the order likely would result in dismissal of this case. (*Id*. at 3). Plaintiff has not complied with the order and has not responded to the February 23, 2021, show-cause order. (Doc. 4).[2]

---

[1] The district court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

[2] The show-cause order had a 30-day response deadline. (Doc. 3). Additionally, the undersigned has provided Plaintiff 45 additional days to respond.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of this court.[3]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 10th day of May, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[3] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").